**From:** Afterpay <support@secure-afterpay.zendesk.com>
**Date:** July 24, 2020 at 6:10:49 PM CDT
**To:** Lauren Planz <lplanz38@gmail.com>
**Subject: Afterpay #5941540: Would you give Afterpay a Thumbs Up for Service?**
**Reply-To:** Afterpay <support+id5941540@secure-afterpay.zendesk.com>

##- Please type your reply above this line -##

Hi Lauren Planz,

So, you reached out for help from Afterpay.

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied