**Subject:** After pay withdrawal
**From:** Lp <lplanz38@gmail.com>
**Date:** 8/11/2020, 9:43 AM
**To:** morgan.dimi@brockandstoutlaw.com

```
They withdrew from my account, even after I contacted them about being in bankruptcy.
```

—image0.png—

After pay withdrawal

  
  

**AUG 9 2020**

SHELL SERVICE STATION — $9.00
MONTGOMERY AL %% Card   $348.98

**AUG 9 2020**

AFTERPAY 855-2896014 DE — $37.70
%% Card 15 #7041   $357.98

Details

**Statement Description:**
AFTERPAY 855-2896014 DE %% Card 15 #7041 Withdrawal Bill Payment #062622

**Date:**
8/9/2020

**Type:**
Debit

After pay withdrawal

image1.png

After pay withdrawal






| AUG 9 2020 | | |
|---|---|---|
| SHELL SERVICE STATION MONTGOMERY AL %% Card | – $9.00 $348.98 | |

| AUG 9 2020 | | |
|---|---|---|
| AFTERPAY 855-2896014 DE %% Card 15 #7041 | – $37.70 $357.98 | |

| AUG 9 2020 | | |
|---|---|---|
| AFTERPAY 855-2896014 DE %% Card 15 #7041 | – $37.70 $395.68 | |

**Details**

**Statement Description:**
AFTERPAY 855-2896014 DE %% Card 15 #7041 Withdrawal Bill Payment #083374

**Date:**
8/9/2020

**Type:**

After pay withdrawal

Sent from my iPhone

Attachments:

| | |
|---|---|
| image0.png | 227 KB |
| image1.png | 228 KB |