**Email from Defendant confirming contact:**

On Aug 9, 2020, at 11:19 PM, Afterpay <support@secure-afterpay.zendesk.com> wrote:

##- Please type your reply above this line -##

**Customer Service** (Afterpay)
10 Aug 2020, 2:19 pm AEST

Hi Lauren,

Thanks for letting us know that you have claimed bankruptcy.

Can you please provide us with your bankruptcy notification number?

Whilst we are awaiting this we have put a hold on your account to stop direct debits, this also means you cannot log in.

Kind regards,

Emma
The Afterpay Team


**Email from Plaintiff with case number:**

**From:** Lp <lplanz38@gmail.com>
**Date:** August 10, 2020 at 5:48:50 AM CDT
**To:** Afterpay <support+id6098216@secure-afterpay.zendesk.com>
**Subject: Re: [Afterpay] We have an update for you! Our Ref # 6098216**

20-31602

Sent from my iPhone

**Email from Defendant:**

**From:** Afterpay <support@secure-afterpay.zendesk.com>
**Date:** August 10, 2020 at 7:08:39 PM CDT
**To:** Lauren Planz <lplanz38@gmail.com>
**Subject: Afterpay #6113635: Would you give Afterpay a Thumbs Up for Service?**
**Reply-To:** Afterpay <support+id6113635@secure-afterpay.zendesk.com>

##- Please type your reply above this line -##

Hi Lauren Planz,

So, you reached out for help from Afterpay.

**How would you rate the support you received?**

Good, I'm satisfied

Bad, I'm unsatisfied