LAW OFFICES OF

# BROCK & STOUT

2731 ROSS CLARK CIRCLE
DOTHAN, ALABAMA 36301
(334) 671-5555
Fax: (334) 792-3562

WWW.BROCKANDSTOUT.COM

August 26, 2020

After Pay
Attn: Legal Counsel
222 Kearney St.
Suite 600
San Francisco, CA 94108

In the Matter of:
Lauren Planz
9548 Collenton Place
Montgomery, AL 36117
Chapter 13 Case No.: 20-31602
File Date: July 17, 2020

To Whom It May Concern:

   This firm represents the above captioned debtor in a pending Chapter 13 bankruptcy case. The debtor recently advised our office that After Pay has deducted two payments after the filing of her bankruptcy case. Because the debtor is currently involved in a Chapter 13 bankruptcy case, you are precluded from proceeding with any garnishment/collection action against the debtor without first securing relief from the automatic stay of Section 362 of Title 11 of the United States Code. Furthermore, the automatic stay prohibits you from deducting money that is, by definition, property of the bankruptcy estate.

   Please return the funds to the debtor within ten (10) days of your receipt of this letter. Otherwise, our firm will file a lawsuit in the United States Bankruptcy Court for the Middle District of Alabama for your violation of the bankruptcy automatic stay.

                      Sincerely,

                      Stacy Steck
                      Legal Assistant for Brock & Stout