# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| In re:<br>Lauren N. Planz,<br><br>*Debtor(s)*. | Case No:   20-31602<br>Chapter:     13 |
| Lauren N. Planz,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>Afterpay US, Inc.,<br><br>*Defendant(s)*. | AP No.   20-03038 |

## JOINT NOTICE OF STIPULATED DISMISSAL

**COME NOW** Plaintiff, Lauren N. Planz ("Plaintiff"), and Defendant, Afterpay US, Inc. ("Defendant") (collectively, "Parties"), by and through each Party's respective counsel, pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., as made applicable to this adversary proceeding by Rule 7041, Fed. R. Bankr. P., and jointly stipulate to the dismissal, *with prejudice*, of all of Plaintiff's claims against Defendant, with all costs, expenses and fees taxed as paid by the Parties.

The undersigned counsel represents that he has the express consent and permission of L. Jackson Young Jr., Counsel for Defendant, Afterpay US, Inc., to affix his electronic signature hereon, and that the Parties have agreed to the terms of this notice.

**WHEREFORE**, the premises considered, the Parties respectfully request that this Honorable Court or the Clerk of this Honorable Court enter an Acknowledgment of this Joint Notice of Stipulated Dismissal with Prejudice.

**RESPECTFULLY SUBMITTED** on February 19, 2021.

*s/Anthony Brian Bush*
Anthony Brian Bush, Esq.

*s/L. Jackson Young Jr. Esq.*
L. Jackson Young, Jr. Esq.

**OF COUNSEL TO BROCK & STOUT, LLC:**
Anthony B. Bush, Esq.
Counsel for Plaintiff
The Bush Law Firm, LLC
3198 Parliament Circle 302
Montgomery, Alabama 36116
Phone: (334) 263-7733
Facsimile: (334) 832-4390
Email: anthonybbush@yahoo.com
abush@bushlegalfirm.com

**OF COUNSEL:**
L. Jackson Young, Jr.
Moore Young Foster & Hazelton, LLP
1122 Edenton Street
Birmingham, Alabama 35242
(205) 380-6984 (direct)
(205) 879-8722 (main)
(205) 879-8831 (telecopier)
jyoung@my-defense.com
www.my-defense.com

## CERTIFICATE OF SERVICE

I hereby certify that, on February 19, 2021, I served a true and correct copy of the foregoing document as follows:

By CM/ECF:
    All Parties of Record.

By fax or email: N/A

By first class mail, postage prepaid and properly addressed: N/A

*s/Anthony Brian Bush*
Of Counsel

{W0679550.1 }